UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE: JERRY SEWELL
JOYCE SEWELL

CASE NO: 8:16-bk-01195

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

---

On 10/2/2017, I did cause a copy of the following documents, described below,

Amended Motion to Sell,

Short Sale Approval Letter

HUD Statement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 10/2/2017

/s/ Nicole Cameron
Nicole Cameron 0036860
Nicole M. Cameron, P.A.
235 Apollo Beach Blvd., #231
Apollo Beach, FL 33572
813 645 8787
trustee@tampabay.rr.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE: JERRY SEWELL
JOYCE SEWELL

CASE NO: 8:16-bk-01195

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 10/2/2017, a copy of the following documents, described below,

Amended Motion to Sell,

Short Sale Approval Letter

HUD Statement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/2/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nicole M. Cameron, P.A.
Nicole Cameron
235 Apollo Beach Blvd., #231
Apollo Beach, FL 33572

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
113A8
CASE 8-16-BK-01195-MGW
MIDDLE DISTRICT OF FLORIDA
TAMPA
MON OCT 2 10-25-34 EDT 2017

2 BK GLOBAL REAL ESTATE SERVICES
ICO STEPHANIE GIVENS
2000 E LAMAR BLVD STE 155
ARLINGTON TX 76006-7337

3 MTGLQ INVESTORS LP
CO ROBERTSON ANSCHUTZ SCHNEID
6409 CONGRESS AVE
SUITE 100
BOCA RATON FL 33487-2853

*DEBTOR*

4 JERRY SEWELL
4895 BAY STREET NE 108
SAINT PETERSBURG FL 33703-4060

5 JOYCE SEWELL
4895 BAY STREET NE 108
SAINT PETERSBURG FL 33703-4060

6 STEED TALKER REALTY
324 RACKING COVE SUITE C
SYLVA NC 28779-9745

7 SUNTRUST BANK
SHAPIRO FUSHMAN GACHE LLP CO STEVEN
4630 WOODLAND CORP BLVD
SUITE 100
TAMPA FL 33614-2429

8 AMERICAN EXPRESS BANK FSB
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

9 ACHIEVA CREDIT UNION
ACHIEVA CREDIT UNION
PO BOX 1500
DUNEDIN FL 34697-1500

10 AMEX
CORRESPONDENCE
PO BOX 981540
EL PASO TX 79998-1540

11 BANK OF AMERICA
NC41050314
PO BOX 26012
GREENSBORO NC 27420-6012

12 CHASE
ATTN CORRESPONDENCE DEPT
PO BOX 15298
WILMINGTON DE 19850-5298

13 CITIBANKTHE HOME DEPOT
CITICORP CREDIT SRVSCENTRALIZED
BANKRUP
PO BOX 790040
SAINT LOUIS MO 63179-0040

14 FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

15 PNC BANK
2730 LIBERTY AVE
PITTSBURGH PA 15222-4747

16 SUNTRUST MORTGAGECC 5
ATTNBANKRUPTCY DEPT
PO BOX 85092 MC VA-WMRK-7952
RICHMOND VA 23285-5092

17 TALBOTS
1 TALBOTS DR
HINGHAM MA 02043-1583

18 USAA FEDERAL SAVINGS BANK
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288-1600

19 VISA DEPT STORE NATIONAL BANK
ATTN BANKRUPTCY
PO BOX 8053
MASON OH 45040-8053

20 WELLS FARGO
1 HOME CAMPUS X230301A
DES MOINES IA 50326

21 WELLS FARGO BANK
MAC F8253502F
PO BOX 10438
DESMOINES IA 50306-0438

22 WELLS FARGO CARD SERVICES
1 HOME CAMPUS 3RD FLOOR
DES MOINES IA 50328-0001

*CM/ECF E-SERVICE*

23 VICTOR H VESCHIO +
GIBBONS NEUMAN
3321 HENDERSON BOULEVARD
TAMPA FL 33609-2921

*CM/ECF E-SERVICE*

24 UNITED STATES TRUSTEE TPA713 +
TIMBERLAKE ANNEX SUITE 1200
501 E POLK STREET
TAMPA FL 33602-3949

*CM/ECF E-SERVICE*

25 STEVEN G POWROZEK +
SHAPIRO FISHMAN GACHE
4630 WOODLAND CORPORATE BLVD
SUITE 100
TAMPA FL 33614-2429

*CM/ECF E-SERVICE*

26 ALAN D BORDEN +
DEBT RELIEF LEGAL GROUP LLC
901 W HILLSBOROUGH AVENUE
TAMPA FL 33603-1309

*EXCLUDE*

~~27 NICOLE M CAMERON ATTORNEY FOR~~
~~TRUSTEE +~~
~~NICOLE M CAMERON PA~~
~~235 APOLLO BEACH BOULEVARD 231~~
~~APOLLO BEACH FL 33572-2251~~

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*EXCLUDE*

~~28 NICOLE M CAMERON +~~
~~NICOLE M CAMERON PA~~
~~235 APOLLO BEACH BOULEVARD 231~~
~~APOLLO BEACH FL 33572-2251~~

*CM/ECF E-SERVICE*

29 VANESSA D TORRES +
ROBERTSON ANSCHUTZ SCHNEID PL
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

*CM/ECF E-SERVICE*

30 NOTE ENTRIES WITH A + AT THE END OF THE
NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF